817 A.2d 315

IN THE MATTER OF PETER A. WOOD, AN ATTORNEY AT LAW.

March 12, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–352, concluding that **PETER A. WOOD** of **WILLIAMSTOWN**, who was admitted to the bar of this State in 1993, and who thereafter was suspended from the practice of law for a period of three months effective November 14, 2002, and who remains suspended at this time, should be suspended from the practice of law for a period of three months for violating *RPC* 1.5(b)(failure to communicate in writing the basis or rate of the attorney's fee), *RPC* 1.15(b)(failure to deliver funds to which client is entitled), *RPC* 5.5(a)(practicing law while ineligible) and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having determined that the term of suspension should be concurrent with the three-month suspension ordered by the Court to be effective November 14, 2002;

And good cause appearing;

It is ORDERED that **PETER A. WOOD** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective November 14, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.